# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISLOMZHON KASYMOV,   )<br>   )<br>   Petitioner,   )<br>   )<br>v.   )   Case No. CIV-25-1457-PRW<br>   )<br>SCARLET GRANT, *et al.*,   )<br>   )<br>   Respondents.   )<br>   ) | |

**ORDER**

This case was originally referred to Magistrate Judge Suzanne Mitchell for a Report and Recommendation (Dkt. 3). The Court **VACATES** the referral. This does not impact either party's briefing schedule.

**IT IS SO ORDERED** this 7th day of January 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1